UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RAYMOND M. MARTIN,

    Petitioner,

       v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 15-cv-00311-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

    IT IS HEREBY **ORDERED AND ADJUDGED** that petitioner Raymond M. Martin's motion (Doc. 1) to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255 is **denied** and that judgment is entered in favor of respondent **United States of America** and against petitioner **Raymond M. Martin,** and that this case is dismissed with prejudice.

**DATED:** 1/26/2017

                                        JUSTINE FLANAGAN,
                                        Acting Clerk of Court

                                        *s/Tina Gray*, **Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**